# EXHIBIT A

Declaration of Alexander Debelov

D.B. Hawaii, Inc. d/b/a Polynesian Hostel v. Alexander Debelov and Cheetah X, Inc. d/b/a Go X

Case No. 1CCV-24-0000534

Filed October 29, 2025

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | | |
|---|---|---|
| D.B. Hawaii, Inc. dba Polynesian Hostel, Plaintiffs<br><br>v.<br><br>Alexander Debelov and Cheetah X, Inc. dba Go X, Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1CCV-24-0000534<br><br>**DECLARATION OF ALEXANDER DEBELOV** |

## DECLARATION

I, ALEXANDER DEBELOV, declare as follows under penalty of law:

1.      My name is Alexander Debelov.

2.      Since June, 2011, I have resided continuously at the following address: 338 Spear St Unit 8C, San Francisco, CA 94105

3.      Here is a photograph of my California driving license:



4.      On October 22, 2025, an envelope containing the *Motion for Default Judgment* arrived at my mother's home in Florida.

1

5.      Here is a photograph of the envelope that arrived at my mother's home:



6.      My mother told me that she does not recall receiving any paper about this case previously in the mail, personal delivery, or otherwise.

7.      I first learned about this litigation when my mother received the envelope containing the *Motion for Default Judgment* at her Florida home.

8.      I am the Chief Executive Officer of Cheetah X, Inc.

9.      Registered Agents, Inc. is not a registered agent for Service of Cheetah X, Inc.

10.     My colleagues and I at Cheetah X, Inc. did not learn of this lawsuit until my mother received the envelope containing the *Motion for Default Judgment* at her Florida home.

******

**I, ALEXANDER DEBELOV, do declare under penalty of law that the foregoing is true and correct.**

Dated: October 29, 2025                    _____
                                           ALEXANDER DEBELOV

2