From: Dina Mhmoud dmhmoud@gmail.com
Subject: Re: E-SERVICE - DEF DISC RESPS | Mhmoud v. Cheetah X Inc. | AXIS-1410767
Date: Jul 28, 2026 at 5:44:47 PM
To: Mary Tabizon mtabizon@grsm.com, Sonia Taylor staylor@grsm.com, Diane Jurdi djurdi@grsm.com
Cc: Erika Facundo efacundo@grsm.com

---

Counsel,

I write pursuant to Civil Local Rule 37-1(a) regarding Defendants' responses to Plaintiff's First Set of Requests for Production and Special Interrogatories, served July 16, 2026.

Please respond **in writing by Monday, August 3, 2026**. If Defendants prefer a live conference, I will make myself available promptly; I am not declining to confer.

**Chronology**

Responses were originally due June 18, 2026. At Defendants' request, I granted a 30-day extension to July 16, 2026 ( which was also the final day of the jurisdictional discovery period set by the Court's April 17, 2026 order (ECF No. 37).) Defendants served their responses and production on that date, leaving no interval in which to review the production, confer, and seek relief before the period closed. I will bring this chronology to the Court's attention.

**Please state, for each category below, whether responsive documents exist, whether they are being withheld, and if withheld, on what basis.**

1. **Tax filings, 2021–2025**, for Cheetah X, Inc. and Alexander Debelov (Forms 1120, California Forms 100 and 540, and any Franchise Tax Board filings). Only the 2020 Form 1120 was produced. That return lists the corporation's address as 338 Spear St 8C, San Francisco, CA 94105; it was signed by Mr. Debelov as CEO on September 13, 2021; and it was prepared by VPTAX, Inc. of Burlingame, California. Dollar amounts may be redacted. Addresses, filing jurisdictions, signature dates, and preparer identity may not.

2. **The lease and termination documents for 1 Bluxome St., Suite 303.** The

response to Interrogatory No. 2 states that Suite 303 terminated on or about January 2021 and refers to "Documents produced." The production contains only a January 30, 2020 email chain with Metro Showplace Square concerning **Suite 411**. Nothing concerning Suite 303 was produced.

3. **The 338 Spear Street, Unit 8C tenancy file** — lease, renewals, rent payment records, utility accounts, and renter's or homeowner's insurance — 2021 to present. Defendants' response to Interrogatory No. 1 affirms that Mr. Debelov "has a residential tenancy in California at 338 Spear St., Unit 8C." No document evidencing that tenancy was produced. Payment amounts may be redacted; names, addresses, account holders, and service dates may not.

4. **SEC investigative testimony, pages 1–222, and any additional sessions**, together with the exhibits identified in the transcript's index (including documents Bates-numbered GoX002705, GoX003394, GoX004261, GoX004412, GoX004636, GoX004645, GoX005156, and SEC-GOX-E-0001825). The transcript produced is captioned "Pages 223 Through 468," and Mr. Debelov's response states he testified "at least 2 times." If Defendants do not possess these materials, please say so and identify who does.

5. **The complete California DFPI file**, including the July 3, 2025 Desist and Refrain Order, all subpoenas, submissions, and correspondence. Defendants' responses identify this matter and name counsel and DFPI staff, but no DFPI document was produced. The Court has already noted that this order does not appear in the record.

6. **The documents identified in the Court's March 5, 2026 order (ECF No. 34)**: the Nacht & Associates opinion letter dated November 15, 2023; the Connecticut Department of Banking advisory letter dated July 24, 2024;

correspondence with Arizona regulators; and the May 2, 2024 email from alex@goxapp.com bearing a San Francisco address.

7. **A privilege log** under Rule 26(b)(5)(A), or written confirmation that no documents are withheld on privilege grounds.

**Two additional items**

**Physical presence, 2022–2026.** The response to Interrogatory No. 1 states Mr. Debelov's approximate days in California as "2020: ~130 days. Q1 2021: ~7 days. Q2–Q4 2021: ~14 days. Q1 2022: minimal," and provides no figures thereafter — while stating that "Since Mid-2022 Mr. Debelov maintains a tenancy at the Spear address." Please state his approximate days of physical presence in California for Q2–Q4 2022, and for each of 2023, 2024, 2025, and 2026 to date.

**Bates identification.** Defendants' responses cite "Exhibits A–G." No exhibits so labeled appear in the production, which is organized under untitled topical cover sheets. Please identify, by Bates range, which portion of the production corresponds to each lettered exhibit and to each numbered request, as required by Rule 34(b)(2)(E).

If Defendants decline to supplement, please say so plainly, so that the parties' respective positions may be presented to the Court without further delay.

Regards,

Dina Adel Mhmoud
Plaintiff, Pro Se
45 Erieview Plaza, Apt. #423
Cleveland, Ohio 44114

dmhmoud@gmail.com

> On Thu, Jul 16, 2026 at 9:59 PM Mary Tabizon <mtabizon@grsm.com> wrote:

> Dear Dina Mhmoud,
>
> Attached please find a service copy of the following:
>
> - **DEFENDANT CHEETAH X INC.'s RESPONSE TO PLAINTIFF DINA MHMOUD'S SPECIAL INTERROGATORIES, SET ONE**
> - **DEFENDANT ALEXANDER DEBELOV'S RESPONSE TO PLAINTIFF DINA MHMOUD'S SPECIAL INTERROGATORIES, SET ONE**
> - **DEFENDANT ALEXANDER DEBELOV'S RESPONSE TO PLAINTIFF DINA MHMOUD'S REQUEST FOR PRODUCTION, SET ONE**
> - **DEFENDANT CHEETAH X INC.'S RESPONSE TO PLAINTIFF DINA MHMOUD'S REQUEST FOR PRODUCTION, SET ONE**
>
> Document production will follow.
>
> Best regards,

**MARY M. TABIZON**
Legal Secretary

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**

**E:** mtabizon@grsm.com | grsm.com
633 West Fifth Street, 52nd Floor, Los Angeles, CA 90071
vCard

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com