**EMPLOYEE & CONTRACTORS IN THE MIDDLE DISTRICT**

| Full Name | Address |
|---|---|
| Gavin Jacob McCandlish | [redacted] |
| Matthew C. Fox | [redacted] |
| Brent Tyler Balough | [redacted] |
| Bailey Peters | [redacted] |
| Zachary Warden | [redacted] |
| Tyler Alexander Strait | [redacted] |
| Brennan Merrick | [redacted] |
| Autumn Pici | [redacted] |
| Joshua J. Fenoglia | [redacted] |
| David Bailey | [redacted] |
| Joseph Franklin Uy | [redacted] |
| Charles M. LaLa | [redacted] |
| Brandon Lee Payne | [redacted] |
| Andrew Lance Copello | [redacted] |
| Anmar Thamer Baghdadi | [redacted] |
| Brandon Tetreault | [redacted] |
| Carlos Oscar Arce | [redacted] |
| Charles M. LaLa | [redacted] |
| Christopher George Ferpes | [redacted] |
| Jared Root | [redacted] |

Go X employed the following individuals, all of whom reside in Middle District as well:

Cristopher Hagins, Dakota Ryan Marks, Daniel Provost, Donald R. Vanier, Dylan Fogle, James Walker, Jason Evans, John Arthur Hartland, Jonathon Patrick Musa, Jordan Stichmann, Joshua F. Walker, Juan Rafael Rodriguez, Kent Cyle Schubert, Kyser Parrott, Michael Ohlman, Neanther Santos, Nick Ferese, Paul Earle Jones, Rebecca Edwards, Ryan Korman, Sabastian Sky Howell, Steven D. Fernandez, Tyler Allen Woody, Tyler Arthur-Morrison Beckwith, Victor Collins, William Hughes, William Philbert Packard, Daniel J Gonzalez, Rafael Pedrosa, Nick G. Dantas